

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
KELLY M. ZIC
FRANK R. MALPIGLI☐
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*

_____

 SENIOR COUNSEL
LOUISE FASANO

WRITER'S E-MAIL:
SVERVENIOTIS@MSSSV.COM

WRITER'S DIRECT DIAL:
516-741-8488

**Application GRANTED in part and DENIED in part.**

**The initial conference set for June 4, 2020, at 10:30 A.M. is adjourned to July 9, 2020, at 10:30 A.M. Pre-conference materials are due on July 2, 2020.**

**Dated: May 27, 2020**
      **New York, New York**

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

May 26, 2020

Honorable Judge Lorna G. Schofield, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  Falls Lake National Insurance Company v. Lelcaj Construction LLC, et al., Civil Action No.: 20-cv-02187
> Our File No.: 20-013

Dear Judge Schofield:

We represent the plaintiff Falls Lake National Insurance Company in this matter and we write to Your Honor, with the consent of counsel for Lelcaj Construction LLC, in order to ask for a 45 day extension of the June 4th conference and the May 28 deadline for the parties to submit a joint letter to the Court in that while we have tried, we have not been able to serve the other defendants due to the difficulties created by the current Covid-19 crisis. Our understanding is that process servers will start operations this or next week and we expect to have the remaining parties served within the next few weeks so that they can appear within the 30 days thereafter. We therefore respectfully ask for all of the current deadlines and the conference to be adjourned in order to accomplish service and have all parties participate on the joint letter and conference with the Court.

Sincerely,
**Miranda Slone Sklarin Verveniotis LLP**

Steven Verveniotis