UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE COMPANY,   Docket No.: 1:20-cv-02187-LGS

                              Plaintiff,,   **STIPULATION, ORDER JUDGMENT OF RESCISSION, AND RELEASE OF CLAIMS**

        -against-

LELCAJ CONSTRUCTION LLC,
CHUBB NATIONAL INSURANCE COMPANY
A/S/O ADI ALTMARK, ADI ALTMARK, and
DELPHINE PUYBAREAU-MANAUD,

                            Defendants,
------------------------------------------------------------------X

SO ORDERED.
The Clerk of the Court is respectfully requested to close this matter.

Dated: July 24, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Plaintiff FALLS LAKE NATIONAL INSURANCE COMPANY ("FALLS LAKE") and defendants LELCAJ CONSTRUCTION LLC ("LELCAJ"), CHUBB NATIONAL INSURANCE COMPANY A/S/O ADI ALTMARK ("CHUBB"), ADI ALTMARK ("ADI"), and DELPHINE PUYBAREAU-MANAUD ("PUYBAREAU-MANAUD"), agree as follows:

**WHEREAS**, FALLS LAKE has filed this action seeking, in part, a declaration as to the denial of coverage to LELCAJ, CHUBB NATIONAL INSURANCE COMPANY as subrogee of ADI ALTMARK, ADI ALTMARK, and DELPHINE PUYBAREAU-MANAUD, under the Commercial General Liability Policy No. SKP 2004617 10 (the "2018 Policy") and the Commercial Umbrella Policy No. CUP 1204110 10 (the "2018 Umbrella Policy"), as to the claims and property damage asserted by CHUBB NATIONAL INSURANCE COMPANY as subrogee of ADI ALTMARK as well as claims by ADI ALTMARK for damage that allegedly occurred at or about 169 E 69th Street, New York, NY 10021, including Apartments 16c and 17b, on or about August 7, 2019, and

**WHEREAS**, FALLS LAKE also seeks in this action a declaration of rescission of the Commercial General Liability Policy No. SKP 2004617 10 issued by FALLS LAKE to LELCAJ

for the policy period December 28, 2018 to December 28, 2019 (the "2018 Policy"), the Commercial General Liability Policy No. SKP 2004617 11 for the policy period December 28, 2019 to December 28, 2020 (the "2019 Policy"), the Commercial Umbrella Policy No. CUP 1204110 10 for the policy period of December 28, 2018 to December 28, 2019 (the "2018 Umbrella Policy"), and the Commercial Umbrella Policy No. CUP 1204110 11 for the policy period of December 28, 2019 to December 28, 2020 (the "2019 Umbrella Policy") (collective referred to as the "Policies"); and

**WHEREAS** defendants LELCAJ CONSTRUCTION LLC, CHUBB NATIONAL INSURANCE COMPANY A/S/O ADI ALTMARK, ADI ALTMARK, and DELPHINE PUYBAREAU-MANAUD, acknowledge that they have an opportunity to litigate the relief sought in this action, the parties have instead agreed to resolve all issues as between them in this action, and it is

**NOW THEREFORE**, in consideration of the recitals, representations and understanding contained herein, **STIPULATED, ORDERED and ADJUDGED** as follows:

1. FALLS LAKE, CHUBB NATIONAL INSURANCE COMPANY as subrogee of ADI ALTMARK, and ADI ALTMARK, by and through their undersigned counsel, stipulate and agree that they hereby release any and all claims against LELCAJ from the beginning of the world through the day and date of this release, including, but not limited to, the alleged damage claimed to have occurred at or about 169 E 69th Street, New York, NY 10021, including Apartments 16c and 17b, on or about August 7, 2019;

2. LELCAJ CONSTRUCTION LLC, CHUBB NATIONAL INSURANCE COMPANY A/S/O ADI ALTMARK, ADI ALTMARK, and DELPHINE PUYBAREAU-MANAUD stipulate and agree that there is no coverage for LELCAJ

CONSTRUCTION LLC, CHUBB NATIONAL INSURANCE COMPANY as subrogee of ADI ALTMARK, ADI ALTMARK, and DELPHINE PUYBAREAU-MANAUD, under the 2018 Policy and 2018 Umbrella Policy for damage that allegedly occurred at or about 169 E 69th Street, New York, NY 10021, including Apartments 16c and 17b, on or about August 7, 2019; and

3. LELCAJ CONSTRUCTION LLC, CHUBB NATIONAL INSURANCE COMPANY A/S/O ADI ALTMARK, ADI ALTMARK, and DELPHINE PUYBAREAU-MANAUD stipulate and agree that the 2018 Policy, the 2018 Umbrella Policy, the 2019 Policy, the 2019 Umbrella Policy are deemed rescinded and hereby consent to the entry of this order and judgment declaring that the Policies are rescinded and deemed void as to have no effect, as to which the premium will be returned to LELCAJ; and

4. This stipulation shall not be construed as an admission of any wrongdoing or liability by LELCAJ CONSTRUCTION LLC, and LELCAJ CONSTRUCTION LLC explicitly denies that it is in any way responsible for the alleged damage that occurred on or about August 7, 2019 within either Apartment 16c or 17B, 169 East 69th Street, New York, New York 10021.

5. The Parties hereto acknowledge that each of them will bear their own costs, expenses and attorney's fees arising out or in any way connected to this stipulation.

Dated July 22, 2020

MIRANDA SLONE SKLARIN
VERVENIOTIS LLP

By: _____
Steven Verveniotis
240 Mineola Boulevard
Mineola, NY 11501

EUSTACE, PREZIOSO, & YAPCHANYK

Eustace Prezioso Yapchanyk
By: SV with permission from
Terence H. DeMarzo
55 Water Street, 28th Floor
New York, NY 10041

Terence H. DeMarzo

3

| | |
|---|---|
| (516) 741-7676<br>*Attorneys for Plaintiff*<br>FALLS LAKE NATIONAL<br>INSURANCE COMPANY | (212) 612-4389<br>*Attorneys for Defendant*<br>CHUBB NATIONAL<br>INSURANCE COMPANY A/S/O |
| ROBERT M. SCHAUFELD, ESQ.<br><br>By: ___[signature]___<br>Robert Schaufeld, Esq.<br>85 Grace Avenue<br>Great Neck, NY 11021<br>(516) 487-9507 Tel<br>Attorneys for Defendant<br>Adi Altmark | MINTZ & GOLD LLP<br><br>By: S/ Ryan W. Lawler<br>Ryan W. Lawler<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>(212) 696-4848<br>Attorneys for Defendant<br>LELCAJ CONSTRUCTION,<br>LLC |

DELPHINE PUYBAREAU-MANAUD

_____
Delphine Puybareau-Manaud, individually
169 East 69th Street, Apt. 17b
New York, NY 10021


**SO ORDERED AND ADJUDGED:**


_____
**SDNY**

4

| | |
|---|---|
| (516) 741-7676<br>*Attorneys for Plaintiff*<br>FALLS LAKE NATIONAL<br>INSURANCE COMPANY | (212) 612-4389<br>*Attorneys for Defendant*<br>CHUBB NATIONAL<br>INSURANCE COMPANY A/S/O |
| ROBERT M. SCHAUFELD, ESQ. | MINTZ & GOLD LLP |
| By: _____<br>Robert Schaufeld, Esq.<br>85 Grace Avenue<br>Great Neck, NY  11021<br>(516) 487-9507 Tel<br>Attorneys for Defendant<br>Adi Altmark | By: _____<br>Ryan W. Lawler<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>(212) 696-4848<br>Attorneys for Defendant<br>LELCAJ CONSTRUCTION, LLC |

DELPHINE PUYBAREAU-MANAUD

*/s/ DPM*
_____
Delphine Puybareau- Manaud, individually
169 East 69th Street, Apt. 17b
New York, NY 10021

**SO ORDERED AND ADJUDGED:**

_____
**SDNY**

4